WILLIAM BELL, Respondent, v WHITEHALL SOUTH, INC., and WHITEHALL THEATRE, INC., Defendants, Impleaded with MAYBORO CORPORATION, Appellant. — Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion so far as it applies to the defendant Mayboro Corporation denied, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

DOLORES FARRIS, an Infant, etc., Appellant, v. THE COLUMBIA AMUSEMENT COMPANY and JOHN G. JERMON, INC., Respondents.— Order modified by allowing an examination of the defendant John G. Jermon, Inc., as to items b and c of the notice of examination, and of the defendant Columbia Amusement Company as to items a, b and d of the notice of examination, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

KATIE RACHMAN, as Administratrix, etc., of BARNETT RACHMAN, Deceased, Appellant, v. SEEMAN BROS., INC., Respondent, Impleaded, etc.— Order so far as appealed from modified by denying motion to vacate notice of examination as to items 4, 7 and 9, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

DOROTHY B. SLADE, Respondent, v. PRENTICE SLADE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

HENRY R. MILLER, Doing Business as the BOULEVARD PAPER COMPANY, Respondent, v. ALLIED PAPER BAG & TWINE JOBBERS ASSOCIATION OF GREATER NEW YORK, INC., and Others, Appellants, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

EUGENE and LAZARUS SALAMON, Copartners, etc., Respondents, v. ALLIED PAPER BAG & TWINE JOBBERS ASSOCIATION OF GREATER NEW YORK, INC., and Others, Appellants, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

MAXWELL M. SCHENKEL, Respondent, v. BENJAMIN WALDNER, Defendant, Impleaded with HARRY NEWMAN, Appellant.— Order reversed, without costs of this appeal, and motion granted so far as to vacate the execution issued and to open the default of the defendant Newman and to permit said defendant to serve his answer as proposed within ten days from date of entry of order upon payment by appellant of the costs of the action to date and upon condition that said defendant stipulate for a preference in the trial of the action; provided, however, that the judgment entered shall stand as security pending the determination of the action No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.